**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JULIA E. JARRETT**
Assistant United States Attorney
Julia.Jarrett@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:    503-727-1000
Attorneys for the United States of America


## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.  3:26-cv-00891-MO |
| v. | |
| $63,365.00 IN UNITED STATES CURRENCY; | COMPLAINT *IN REM* FOR FORFEITURE |
| Approximately 2.5251 BITCOIN (BTC), or equivalent cryptocurrency, | |
| Approximately 11.7516 ETHEREUM (ETH), or equivalent cryptocurrency; and | |
| Approximately 7.2532 LITECOIN (LTC), or equivalent cryptocurrency, *in rem*, | |
| Defendants. | |

**Complaint in rem for Forfeiture**                                                    **Page 1**

Plaintiff, United States of America for its Complaint *in rem* for forfeiture, alleges:

I.

This Court has subject matter jurisdiction, *in rem* jurisdiction, and venue pursuant to 21 U.S.C. § 881; 28 U.S.C. §§ 1345, 1355, 1356, and 1395; and 19 U.S.C. § 1610.

II.

Defendants, *in rem*, $63,365.00 U.S. currency, approximately 2.5251 BTC, approximately 11.7516 ETH and approximately 7.2532 LTC, were seized in and/or are subject to forfeiture in the District of Oregon, and are now and during the pendency of this action will be within the jurisdiction of this Court.

## COUNT 1

III.

Defendants, *in rem*, $63,365.00 U.S. currency, approximately 2.5251 BTC, approximately 11.7516 ETH and approximately 7.2532 LTC, represent proceeds from the illegal production, conversion, and/or distribution of marijuana, in violation of 21 U.S.C. § 841, and are subject to forfeiture pursuant to the provisions of 21 U.S.C. § 881(a)(6), as more particularly set forth in the Declaration of Task Force Office Jeremy Stinson, Federal Bureau of Investigation (FBI), marked as Exhibit A, attached and fully incorporated herein by this reference.

WHEREFORE, Plaintiff, United States of America, prays that due process issue to enforce the forfeiture of Defendants, *in rem*, $63,365.00 U.S. currency, approximately 2.5251 BTC, approximately 11.7516 ETH and approximately 7.2532 LTC; that due notice be given to all interested persons to appear and show cause why forfeiture of these Defendants, *in rem*, should not be decreed; that due proceedings be had thereon; that these Defendants be forfeited to the

**Complaint in rem for Forfeiture**                                                    **Page 2**

United States; that the Plaintiff United States of America be awarded its costs and disbursements incurred in this.

Dated: May 1, 2026.                Respectfully submitted,


SCOTT E. BRADFORD
United States Attorney


*/s/ Julia E. Jarrett*
**JULIA E. JARRETT**
Assistant United States Attorney

## VERIFICATION

I, JEREMY STINSON, declare, under penalty of perjury, pursuant to the provisions of 28 U.S.C. Section 1746, that I am a Task Force Officer with the Federal Bureau of Investigation and that the foregoing Complaint *in rem* for Forfeiture is made on the basis of information officially furnished and upon the basis of such information the Complaint *in rem* for Forfeiture is true as I verily believe.

*/s/ Jeremy Stinson*
**JEREMY STINSON**
Task Force Officer
Federal Bureau of Investigation