UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:26-cv-00891-MO |
| **Plaintiff,** | |
| v. | **WARRANT FOR ARREST AND SEIZURE OF PROPERTY** |
| $63,365.00 IN UNITED STATES CURRENCY; | |
| Approximately 2.5251 BITCOIN (BTC), or equivalent cryptocurrency; | |
| Approximately 11.7516 ETHEREUM (ETH), or equivalent cryptocurrency; and | |
| Approximately 7.2532 LITECOIN (LTC), or equivalent cryptocurrency, *in rem*, | |
| **Defendants.** | |

**TO:　THE UNITED STATES MARSHALS SERVICE OR OTHER AUTHORIZED OFFICERS**

Based upon the Complaint filed herein praying that process issue for the arrest of Defendants *in rem*, $63,365.00 U.S. currency, approximately 2.5251 BTC, approximately 11.7516 ETH and approximately 7.2532 LTC (collectively hereinafter "**Defendant Currency**"),

**Warrant for Arrest and Seizure of Property**　　　　　　　　　　　　　　**Page 1**

and the Court being satisfied that based upon the verified Complaint filed that there is probable cause to believe that **Defendant Currency,** *in rem,* represent proceeds from the illegal production, conversion, and/or distribution of marijuana, in violation of 21 U.S.C. § 841, and is forfeitable to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6).

You are hereby commanded to arrest and take into your possession until further order of the Court, **Defendant Currency,** *in rem.*

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the **Defendant Currency,** *in rem,* may contest the forfeiture by filing a claim in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines to be frivolous.  The claim must be filed no later than the time stated in a direct notice sent pursuant to Rule G(4)(b), or thirty days after the final publication of notice if no direct notice was sent to claimant or claimant's attorney. In addition, any person having filed such a claim shall also serve and file an Answer to the Complaint under Rule G(5)(b) within twenty-one days after the filing of the claim. The claim must be filed with the Clerk of the U.S. District Court for the District of Oregon, 1000 SW 3rd Avenue, Room 740, Portland, Oregon  97204. The claim and Answer must be served upon Julia E. Jarrett, Assistant United States Attorney, 1000 SW 3rd Ave., Suite 600, Portland, Oregon 97204. Default and forfeiture may be ordered if these procedures are not followed.

///

///

///

**Warrant for Arrest and Seizure of Property**                                                  **Page 2**

18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions.

DATED: May ⁴__, 2026.

*Michael W. Mosman*
HONORABLE MICHAEL W. MOSMAN
Senior United States District Judge

**Warrant for Arrest and Seizure of Property**                                    **Page 3**